IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 7 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

CHARLES STANLEY PAINTER,      §
                              §
            Plaintiff,        §
                              §
VS.                           §   NO. 4:14-CV-486-A
                              §
METROPLEX SPORTSERVICE, INC., §
                              §
            Defendant.        §

<u>ORDER</u>

Came on for consideration "Plaintiff's Opposed Motion to Take Trial Depositions" filed by plaintiff, Charles Stanley Painter. Upon review, the court finds that the "Motion to Strike Expert Testimony of M. Eric Gershwin, M.D." filed by defendant, Metroplex Sportservice, Inc., is mooted by such motion. Therefore,

The court ORDERS that defendant's motion to strike is denied as moot.

The court further ORDERS that the October 21, 2015 motion hearing on defendant's motion to strike is cancelled.

In addition, the court concludes that it would benefit from an expedited response by defendant to plaintiff's motion to take trial depositions. Therefore,

The court ORDERS that defendant  file an expedited response to such motion by 10:00 a.m. on October 13, 2015.

SIGNED October 7, 2015.

JOHN McBRYDE
United States District Judge